UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ANGELA WILBERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No: 3:15-cv-00080-GFVT |
| | ) | |
| V. | ) | **JUDGMENT** |
| | ) | |
| GEICO CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. Judgment is **ENTERED** in favor of the Defendant;

2. All pending motions are **DENIED AS MOOT**;

3. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay;

4. All issues having been resolved, this case is **STRICKEN** from the active docket; and

5. The final pretrial conference, previously set for September 6, 2018, and the jury trial, previously set for September 18, 2018, are hereby **CANCELLED.**

This the 5th day of September, 2018.

Gregory F. Van Tatenhove
United States District Judge